No. 64537.—Healthways, Inc., et al. v. United States, protests 59/7711, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.

No. 64538.—Healthways, Inc. v. United States, protests 59/7717 and 59/7718 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

No. 64539.—Traveler Trading Co. v. United States, protest 58/19731 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of M. Pressner & Co. v. United States (36 Cust. Ct. 262, C.D. 1784), the claim of the plaintiff was sustained.

No. 64540.—Aluminum Housewares Corporation v. United States, protest 58/18287 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of microscopes, valued under $25 each, the claim of the plaintiff was sustained.

No. 64541.—Vanguard Recording Society, Inc. v. United States, protests 59/2066, etc. (New York).